SCHLESINGER, Respondent, v. HAASE, Appellant. (Supreme Court, Appellate Term. March 2, 1906.) Appeal from City Court of New York, Special Term. Action by Leo Schlesinger, as receiver, against Lewis Haase. From a judgment for plaintiff, defendant appeals. Reversed. Kantrowitz & Esberg, for appellant. Kneeland, LaFetra & Glaze, for respondent.

PER CURIAM. We fail to see any justification for the referee's finding. Plaintiff's services were rendered to and accepted by the bank. They were peculiarly for the benefit of the bank and the board of directors expressly ratified the employment. The fact that Rothschild, the president, personally advanced the salary, is of no consequence, as it appears to have been expressly understood that he was to be reimbursed by the bank. As there is

o contradictory proof, the judgment should e reversed, and judgment for the defendant, with costs.